Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Natalie Cortez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE CORTEZ, an individual;<br><br>Plaintiff,<br>vs.<br><br>LV STADIUM EVENTS COMPANY, LLC, a domestic limited-liability company; RAIDERS FOOTBALL CLUB, LLC, a domestic limited-liability company; DOES 1 through 10; and ROE Corporations/Limited Liability Companies 11 through 20, inclusive;<br><br>Defendants. | Case No: 2:25-cv-01075-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>(Second Request) |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

It is hereby stipulated by and between Plaintiff Natalie Cortez ("Plaintiff" or "Cortez") and Defendants LV Stadium Events Company, LLC and Raiders Football Club, LLC (together "Defendants") by and through their respective attorneys of record, that Plaintiff shall have an extension up to and including July 30, 2025, for Plaintiff to file her Response to Defendants' Motion to Dismiss Complaint. This stipulation is submitted per LR IA 6-1.  Defendants filed their Motion for to Dismiss Complaint on June 18, 2025 and Plaintiff's Response is currently due on July 23, 2025. *See* ECF No. 14. This is the second request for an extension to file Plaintiff's Response to Defendants' Motion to Dismiss Complaint.

Page 1

This request is based upon the following:

1. Defendants filed their Motion to Dismiss Complaint on June 18, 2025. ECF No. 3.

2. Plaintiff's responsive pleading is currently due July 23, 2025. *See* ECF No. 14.

3. This is the second request for an extension of time for the Plaintiff to file her responsive pleading. *See* ECF No. 9.

4. This request for extension is made in good faith and good cause supports the request.

5. Unfortunately, Plaintiff's counsel's close family member passed away which has necessitated immediate out-of-state travel, exigency schedule changes, personnel commitment, and restructuring of some tasks.

6. Plaintiff has requested this extension and Defendants have graciously accepted.

7. Therefore, the parties agree that the deadline to file Plaintiff's Response to Defendants' Motion to Dismiss Complaint shall be extended from July 23, 2025 to **July 30, 2025**.

8. Additionally, the parties had previously agreed to an extension for Defendants to file their anticipated Reply brief in support of their Motion to Dismiss. *See* ECF No. 15. Accordingly, the parties further stipulate and agree that Defendants' Reply in Support of their Motion to Dismiss shall be due no later than **August 20, 2025**.

/ / /

9. No party is prejudiced by this request and this request is made in good faith and not for purposes of delay.

Dated this 22nd day of July 2025.

GABROY | MESSER

By: /s/ Christian Gabroy
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 22nd day of July 2025.

SNELL & WILMER L.L.P.

By: /s/ Theresa C. Trenholm
Paul S. Prior
(#9324)
Theresa C. Trenholm
(#16460)
1700 South Pavilion Center Drive
Suite 700
Las Vegas, NV 89135
sprior@swlaw.com
ttrenholm@swlaw.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED** this 23rd day of July, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE