Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Erin M. Gettel, Esq.
Nevada Bar No. 13877
Theresa Trenholm, Esq.
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: sprior@swlaw.com
        egettel@swlaw.com
        ttrenholm@swlaw.com

*Attorneys for Defendants LV Stadium Events
Company, LLC and Raiders Football Club, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE CORTEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LV STADIUM EVENTS COMPANY, LLC, a domestic limited-liability company; RAIDERS FOOTBALL CLUB, LLC, a domestic limited-liability company; DOES 1 through 10, and ROE Corporations/Limited Liability Companies 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01075-RFB-NJK<br><br>**Stipulation and Proposed Order Extending Deadline for Reply in Support of Motion to Dismiss Complaint [ECF No. 3]**<br><br>**(FIRST REQUEST)** |

Defendants LV Stadium Events Company, LLC, Raiders Football Club, LLC, (collectively, "Defendants"), and Plaintiff Natalie Cortez (collectively the "Parties") stipulate to extend the deadline for Defendants to file their reply in support of their Motion to Dismiss Complaint [ECF No. 3] (the "Motion") up to and including August 27, 2025. The Motion was filed on June 18, 2025, and the opposition on July 30, 2025 (deadline extended by stipulation). No hearing on the Motion has been set.

1    The Parties make this stipulation for good cause, not for the purpose of delay, and for the

2  following reasons:

3    1.    The Parties have previously submitted stipulations to continue Cortez's deadline to

4  respond to the Motion, which included corresponding extensions of Defendants' Reply deadline.

5  ECF Nos. 14, 17.

6    2.    Defendants' Reply is currently due August 20, 2025.  This is the first request to

7  extend this deadline.

8    3.    Defense counsel requires additional time to prepare the Reply due to competing case

9  obligations and seeks a one-week extension, to August 27, 2025.

10    4.    The Parties have conferred and agree to the requested extension.

11    5.    The requested extension will not interfere with the Early Neutral Evaluation, which

12  is scheduled for September 26, 2025, with written evaluations due September 19, 2025.

13  / / /

14  / / /

15  / / /

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

6. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the Parties respectfully request an extension for Defendants to file their Reply in support of the Motion, up to and including August 27, 2025.

DATED this 15th day of August 2025.

DATED this 15th day of August 2025.

GABROY | MESSER

SNELL & WILMER L.L.P.

*/s/ Christian Gabroy*

*/s/ Paul S. Prior*

Christian Gabroy (NV Bar No. 8805)
Kaine Messer (NV Bar No. 14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Phone: (702) 259-7777
Fax:    (702) 259 -7704

Paul Swenson Prior (NV Bar No. 9324)
Erin M. Gettel (NV Bar No. 13877)
Theresa C. Trenholm (NV Bar No. 16460)
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Phone: (702) 784-5200
Fax:    (702) 784-5252

*Attorneys for Plaintiff Natalie Cortez*

*Attorneys for Defendants LV Stadium Events Company, LLC, and Raiders Football Club, LLC*

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED.  The Reply in support of the Motion to Dismiss Complaint [ECF Nos. 3] shall be due on August 27, 2025.

**IT IS SO ORDERED**.

**DATED** this 18th day of August, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 3 -