Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Erin M. Gettel, Esq.
Nevada Bar No. 13877
Theresa Trenholm, Esq.
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: sprior@swlaw.com
       egettel@swlaw.com
       ttrenholm@swlaw.com

*Attorneys for Defendants LV Stadium Events Company, LLC and Raiders Football Club, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE CORTEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LV STADIUM EVENTS COMPANY, LLC, a domestic limited-liability company; RAIDERS FOOTBALL CLUB, LLC, a domestic limited-liability company; DOES 1 through 10, and ROE Corporations/Limited Liability Companies 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01075-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

//
//
//
//
//
//
//

It is hereby stipulated by and between Plaintiff Natalie Cortez and Defendants LV Stadium Events Company, LLC, and Raiders Football Club, LLC, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 21st day of November 2025.

GABROY | MESSER

/s/ Kaine Messer
Christian Gabroy (NV Bar No. 8805)
Kaine Messer (NV Bar No. 14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Phone: (702) 259-7777
Fax:   (702) 259-7704

*Attorneys for Plaintiff Natalie Cortez*

DATED this 21st day of November 2025.

SNELL & WILMER, LLP

/s/ Paul S. Prior
Paul Swenson Prior (NV Bar No. 9324)
Erin M. Gettel (NV Bar No. 13877)
Theresa C. Trenholm (NV Bar No. 16460)
1700 S. Pabilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Phone: (702) 784-5200
Fax:   (702) 784-5252

*Attorneys for Defendants LV Stadium Events Company, LLC, and Raiders Football Club, LLC*

## ORDER

**IT IS SO ORDERED.**

**DATED:** November 24, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically transmitted the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Jeanne Forrest*
An employee of Snell & Wilmer L.L.P.